*J. C. Tormey* for motion.
*Charles E. Snyder* opposed.
Motion denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HER-MAN ROTHENBERG, Appellant, *v.* LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.

(Submitted October 3, 1932; decided October 11, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 557.)

MILES SHOES OF NEW YORK, INC., Respondent, *v.* NILES BOOTERY, INC., et al., Appellants.

(Submitted October 3, 1932; decided October 11, 1932.)

*Charles L. Fleece* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.